IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| GIDGET LACEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CIVIL ACTION FILE NO.: |
| | ) 7:18-cv-00139-WLS |
| vs. | ) |
| | ) |
| DENNIS BALL, INDIVIDUALLY AND AS AN | ) |
| AGENT OF SIMPLEX LEASING, INC. AND | ) |
| SIMPLEX LEASING, INC., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Gidget Lacey ("Plaintiff") and Defendants Dennis Ball and Simplex Leasing, Inc. ("Defendants"), by and through their respective undersigned counsel, hereby jointly stipulate and agree to the dismissal with prejudice of Plaintiff's claims asserted against Defendants in the above-styled action, with the parties to each bear their own attorney's fees, costs, and expenses.

[Signatures to Follow on Next Page]

1

Respectfully submitted, this 28th day of July, 2021.

| | |
|---|---|
| **WETHERINGTON LAW FIRM, P.C.** | **BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, PC** |
| *Matthew Q. Wetherington* | */s/ Brent W. Cole* |
| MATTHEW Q. WETHERINGTON | MARK A. BARBER |
| Georgia State Bar No. 339639 | Georgia State Bar No. 036875 |
| ROBERT N. FRIEDMAN | BRENT W. COLE |
| Georgia State Bar No. 945494 | Georgia State Bar No. 294999 |
| | |
| 55 Ivan Allen Blvd. Suite 700 | Monarch Plaza, Suite 1600 |
| Atlanta, Georgia 30308 | 3414 Peachtree Road NE |
| Telephone: 404-888-333 | Atlanta, Georgia 30326 |
| Email: matt@wfirm.com | Telephone: (404) 577-6000 |
| Email: robert@wfirm.com | Email: mbarber@bakerdonelson.com |
| | Email: bcole@bakerdonelson.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

SO ORDERED this 29th day of July, 2021.

W. Louis Sands, Sr. Judge
United States District Court

2

4816-2918-1428v1
2406050-000421 07/28/2021